755 A.2d 663

COMMONWEALTH of Pennsylvania Acting by Attorney General D. Michael Fisher, Appellee,

v.

GREATER MINISTRIES INTERNATIONAL, INC. and Gerald Payne, Betty Payne, Don Hall, Brenda Hall, Jim List, Patrick Henry Talbert, a/k/a Patrick Henry Talbot a/k/a Patrick Henry, Appellants.

Supreme Court of Pennsylvania.

April 19, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 19th day of April, 2000, the Commonwealth's motion to quash the appeal is granted. The appeal is quashed.